```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 27269
    GREGORY MAURICE RICHARDS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-9774


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/10/2008 and was not confirmed.

     The case was dismissed without confirmation 11/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
RMI/MCSI                   UNSECURED         1800.00          .00            .00
CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED          .00            .00
CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED          .00            .00
CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED          .00            .00
CITY OF COUNTRY CLUB HIL   UNSECURED       NOT FILED          .00            .00
COMCAST                    UNSECURED       NOT FILED          .00            .00
COOK COUNTY                UNSECURED       NOT FILED          .00            .00
CREDIT ACCEPTANCE CORP     UNSECURED       NOT FILED          .00            .00
DRIVE FINANCIAL SERVICES   UNSECURED       NOT FILED          .00            .00
FIRST CASH ADVANCE         UNSECURED       NOT FILED          .00            .00
FIRST PREIMER BANK         UNSECURED       NOT FILED          .00            .00
G & B PROPERTIES           UNSECURED       NOT FILED          .00            .00
G & B PROPERTIES           NOTICE ONLY     NOT FILED          .00            .00
MCI                        UNSECURED       NOT FILED          .00            .00
MCI WORLDCOM               UNSECURED       NOT FILED          .00            .00
MOST FUNDING               UNSECURED       NOT FILED          .00            .00
MUTUAL HOSPITAL SVC INC    UNSECURED       NOT FILED          .00            .00
NICOR GAS                  UNSECURED       NOT FILED          .00            .00
PUBLIC STORAGE             UNSECURED       NOT FILED          .00            .00
SBC AMERITECH              UNSECURED       NOT FILED          .00            .00
SAFETY & FINANCIAL RESP    NOTICE ONLY     NOT FILED          .00            .00
SPRINT PC                  UNSECURED       NOT FILED          .00            .00
U HAUL INT                 UNSECURED       NOT FILED          .00            .00
CREDIT ACCEPTANCE CORP     SECURED NOT I    5315.94           .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,400.00                         .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                         139.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  139.00


               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 27269 GREGORY MAURICE RICHARDS
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                      139.00
                                   ---------------    ---------------
TOTALS                                      139.00             139.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE